UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| WHATMAN, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> BRADLEY F. DAVIN, <br><br> *Defendant*. | No. 8:08-cv-02103-RBH |

## CONSENT ORDER EXTENDING TIME

Counterclaim-Defendant Whatman, Inc. ("Whatman") has requested additional time in which to answer the counterclaims served on it by Bradley F. Davin. Whatman timely filed a motion to dismiss the counterclaims (Docket No. 25); however, it has not yet responded to the counterclaims following the denial of the motion to dismiss on January 28, 2009 (Docket No. 38). Whatman hereby moves with Defendant's consent to file answer to the counterclaims.

Accordingly, for good cause shown, on consent motion of counsel for the parties,

IT IS ORDERED that Whatman may now file the answer to the counterclaims.

s/ R. Bryan Harwell
The Honorable R. Bryan Harwell
United States District Judge

Florence, SC

Dated: May 6, 2009.

| HAYNSWORTH SINKLER BOYD, P.A. | HARRISON, WHITE, SMITH & COGGINS, P.C. |
|---|---|
| By:   s/ Sarah P. Spruill  <br>          Steven A. Matthews <br>          Sarah P. Spruill <br>          1201 Main Street <br>          22nd Floor (29201-3226) <br>          Columbia, South Carolina | By:   s/ Donald C. Coggins  <br>          Donald C. Coggins, Jr. <br>          178 West Main Street (29306) <br>          PO Box -3547 <br>          Spartanburg, SC 29304 |
| *Attorneys for Whatman, Inc.* | *Attorneys for Bradley F. Davin* |